# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

LORRAINE ARCONA,                )   **Case No.: 3:11-cv-00090-AET-LHG**
                                )
            Plaintiff,          )
                                )
      v.                        )   **(Unlawful Debt Collection Practices)**
                                )
COLLECTCORP CORPORATION,        )
            Defendant,          )
_____)

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


/S/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Attorney ID: AB0891
Kimmel & Silverman, PC
1930 E. Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

*So Ordered*
*Anne E Thompson USDJ*
*2/10/11*

RECEIVED
FEB 1 0 2011
AT 8:30 ____ M
WILLIAM T. WALSH
CLERK